No. 82–1031. JEFFERSON PARISH HOSPITAL DISTRICT NO. 2 ET AL. *v.* HYDE. C. A. 5th Cir. [Certiorari granted, 460 U. S.

1021.] Motion of American Society of Anesthesiologists, Inc., for leave to file out-of-time motion for leave to participate in oral argument as *amicus curiae* and for divided argument denied.